UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-08-026-FVS-2 |
| ) | |
| vs. ) | ORDER GRANTING |
| ) | UNOPPOSED MOTIONS |
| FRAN OGREN, ) | |
| ) | |
| Defendant. ) | |

The court has reviewed Defendant Fran Ogren's Motions to Modify Release Conditions.

**IT IS ORDERED,** for good cause shown, that the Defendant's Motions to Modify Release (**Ct. Rec. 141, 143)** are **GRANTED.**

Ms. Ogren shall be permitted to travel to Missoula, Montana, September 18-21, 2008, and return to Northport, Washington, on September 22, 2008, at 10:00 p.m.; and to travel to Canby, Oregon, September 24-29, 2008, and return to Northport, Washington, on September 29, 2008 by 11:00 p.m.

DATED September 17, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Order Granting Unopposed Motions - 1