1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CR-08-026-FVS-2 |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION |
| | ) | TO ALLOW TRAVEL |
| FRAN OGREN, | ) | |
| | ) | |
| Defendant. | ) | |

12    The court having reviewed Defendant Fran Ogren's Motion to

13 Modify Release Conditions,

14    **IT IS ORDERED,** for good cause shown, that the Defendant's

15 Motion to Modify Release to allow travel **(Ct. Rec. 272)** is **GRANTED.**

16    Ms. Ogren shall be permitted to travel to Olympia, Washington,

17 February 17-20, 2009, and return to Northport, Washington, on

18 February 20, 2009, no later than 11:00 p.m.

19    DATED February 13, 2009.

20                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27