UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-08-026-FVS-2 |
| | ) | |
| vs. | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION TO MODIFY RELEASE |
| FRAN OGREN, | ) | CONDITIONS (Ct Rec 295) |
| | ) | |
| Defendant. | ) | |

The Court having reviewed Defendant Fran Ogren's Motions to Modify Release Conditions; Now Therefore,

**IT IS HEREBY ORDERED**, for good cause shown, that the Defendant's Motions to Modify Release is **GRANTED.**

Ms. Ogren shall be permitted to travel to Lacey, Washington April 2, 2009 and return to Northport, Washington on April 6, 2009 no later than 11:00 p.m.

DATED March 25, 2009.

s/ Cynthia Imbrogno
UNITED STATES MAGISTRATE JUDGE