1

2

3

4

5

6           UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF WASHINGTON

7

UNITED STATES OF AMERICA,        )
8                                )
                    Plaintiff,   )    CR-08-026-FVS-2
9                                )
     vs.                         )    ORDER GRANTING MOTION TO
10                               )    MODIFY RELEASE CONDITIONS
                                 )
11  FRAN OGREN,                  )
                                 )
12                  Defendant.   )
                                 )
13

14      The Court having reviewed Defendant Fran Ogren's Unopposed

15  Motion to Modify Release Conditions; Now Therefore,

16      **IT IS HEREBY ORDERED**, for good cause shown, that the

17  Defendant's Motions to Modify Release is **GRANTED**.

18      Ms. Ogren shall be permitted to travel to Lacey, Washington

19  June 6-13, 2009 and return to Northport, Washington on June 13,

20  2009 and travel to Odessa, Texas June 15-26, 2009 and return to

21  Northport, Washington on June 25, 2009.

22      DATED June 2, 2009.

23

24              s/ CYNTHIA IMBROGNO
           UNITED STATES MAGISTRATE JUDGE

25

26

27