UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR-08-026-FVS-2 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FRAN OGREN, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having reviewed Defendant Fran Ogren's Motions to Modify Release Conditions; Now Therefore,

**IT IS HEREBY ORDERED**, for good cause shown, that the Defendant's Motions to Modify Release (Ct. Rec. 359) is **GRANTED.**

Ms. Ogren shall be permitted to travel to Missoula, MT September 16th to September 21st, 2009 and then again to Canby, OR September 23rd to the 28th, 2009 for business and professional purposes.


Dated this __14th__ day of September 2009


s/ Fred Van Sickle
_____
United States District Judge