UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FRAN OGREN,<br><br>            Defendant. | No. CR-08-026-FVS-02<br><br>ORDER GRANTING MODIFICATION OF CONDITIONS OF RELEASE |

**THIS MATTER** having come before the Court based upon "Defendant Ogren's Motion to Modify Release Conditions"; Now, therefore

**IT IS HEREBY ORDERED:**

1. "Defendant Ogren's Motion to Modify Release Conditions" (**Ct. Rec. 364**) is **granted**.

2. Ms. Ogren may attend the "Trailing of the Sheep" festival in Ketchum, Idaho, from October 9-11, 2009; provided, prior to leaving the Eastern District of Washington, she must provide her United States Probation Officer with two things: (1) a telephone number by which he can contact her while she is out of the district, and (2) the address of the place where the festival will be held.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  2nd   day of October, 2009.

                                        s/ Fred Van Sickle
                                          Fred Van Sickle
                             Senior United States District Judge

ORDER - 1