```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )   CR-08-026-FVS-2
                               )
    vs.                        )   ORDER
                               )
FRAN OGREN,                    )
                               )
               Defendant.      )
                               )
```

The Court having reviewed Defendant Fran Ogren's Motion to Modify Release Conditions; Now Therefore,

**IT IS HEREBY ORDERED:** Defendant's Motions to Modify Release **(Ct. Rec. 368)** is **GRANTED** and **(Ct Rec. 370) is MOOT.**

Ms. Ogren shall be permitted to travel to Southern California, February 22, 2010 through March 15, 2010 to stay with her parents.

Dated this __16th__ day of February, 2010

*s/ Fred Van Sickle*
_____
FRED VAN SICKLE
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1