UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

FRAN OGREN,

        Defendant.

No. CR-08-026-FVS-2

ORDER GRANTING MODIFICATION OF CONDITIONS OF RELEASE

**THIS MATTER** having come before the Court based upon "Defendant Ogren's Motion to Modify Release Conditions"; Now, therefore

**IT IS HEREBY ORDERED:**

1. "Defendant Ogren's Motion to Modify Release Conditions" (**Ct. Rec. 383**) is **granted**.

2. Ms. Ogren may attend the "Flock and Fiber Fair" in Canby, Oregon, from September 22-29, 2010; provided, prior to leaving the Eastern District of Washington, she must provide her United States Probation Officer with two things:  (1) a telephone number by which he can contact her while she is out of the district, and (2) the address of the place where the festival will be held.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___20th___ day of September, 2010.

                        s/ Fred Van Sickle
                          Fred Van Sickle
           Senior United States District Judge

ORDER - 1